IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-cv-00229-D

| | |
|---|---|
| TIMOTHY S. HADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY PROGRESS, INC., | ) |
| CAROLINA POWER & LIGHT | ) |
| COMPANY, PROGRESS ENERGY | ) |
| CAROLINAS, INC., PROGRESS | ) |
| ENERGY, INC., PROGRESS ENERGY | ) |
| SERVICE COMPANY, LLC, PROGRESS | ) |
| VENTURES, INC., DUKE ENERGY | ) |
| CORPORATION, and DUKE ENERGY | ) |
| CAROLINAS, LLC, | ) |
| | ) |
| Defendants. | ) |

NO. 5:14-cv-00387-D

| | |
|---|---|
| TIMOTHY S. HADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY PROGRESS, INC., | ) |
| CAROLINA POWER & LIGHT | ) |
| COMPANY, PROGRESS ENERGY | ) |
| CAROLINAS, INC., PROGRESS | ) |
| ENERGY, INC., PROGRESS ENERGY | ) |
| SERVICE COMPANY, LLC, PROGRESS | ) |
| VENTURES, INC., DUKE ENERGY | ) |
| CORPORATION, DUKE ENERGY | ) |
| CAROLINAS, LLC, GLENDA SUE | ) |
| HARDISON individually and as an | ) |
| employee of aforementioned organizations, | ) |
| RICHARD MONTGOMERY individually | ) |
| and as an employee of aforementioned | ) |
| organizations, EUGENE SIMMONS | ) |
| individually and as an employee of | ) |
| aforementioned organizations, and NADINE | ) |

KLOECKER-DUNN individually and as an )
employee of aforementioned organizations, )

        Defendants.

## ORDER DESIGNATING LEAD CASE

This matter came before the Court on the parties' Joint Motion to Designate Lead Case. Upon consideration of the motion filed by the parties for an order designating No. 5:14-cv-00229-D as the lead case in this consolidated action, it appears that good cause exists for designating No. 5:14-cv-00229-D as the lead case. Accordingly, No. 5:14-cv-00229-D is hereby designated as the lead case. All future filings shall be filed in No. 5:14-cv-00229-D and shall include the captions for both actions. Until further order of the Court, documents filed in the lead case, No. 5:14-cv-00229-D, shall be deemed to have also been filed in No. 5:14-cv-00387-D.

SO ORDERED, this the **21** day of August, 2014.

                                            JAMES C. DEVER III
                                            Chief United States District Judge