UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY S. HADLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| DUKE ENERGY PROGRESS, INC., CAROLINA POWER & LIGHT COMPANY, PROGRESS ENERGY CAROLINAS, INC., PROGRESS ENERGY, INC., PROGRESS ENERGY SERVICE COMPANY, LLC, PROGRESS VENTURES, INC., DUKE ENERGY CORPORATION, DUKE ENERGY CAROLINAS, LLC, GLENDA SUE HARDISON individually and as an employee of aforementioned organizations, RICHARD MONTGOMERY individually and as an employee of aforementioned organizations, | ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:14-CV-229-D** |
|     Defendants. | ) | |

| | | |
|---|---|---|
| TIMOTHY S. HADLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| DUKE ENERGY PROGRESS, INC., CAROLINA POWER & LIGHT COMPANY, PROGRESS ENERGY CAROLINAS, INC., PROGRESS ENERGY, INC., PROGRESS ENERGY SERVICE COMPANY, LLC, PROGRESS VENTURES, INC., DUKE ENERGY CORPORATION, DUKE ENERGY CAROLINAS, LLC, GLENDA SUE HARDISON individually and as an employee of aforementioned organizations, RICHARD MONTGOMERY individually and as an employee of aforementioned organizations, EUGENE SIMMONS individually and as an employee of aforementioned organizations, and NADINE KLOECKER-DUNN individually and as an employee of aforementioned organizations, | ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:14-CV-387-D** |
|     Defendants. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the defendants' motion for summary judgment [D.E. 49] is GRANTED. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules. The clerk shall close the case.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants Carolina Power & Light Company, Progress Energy Carolinas, Inc., Progress Energy, Inc., Progress Energy Service Company, LLC, Progress Ventures, Inc., Duke Energy Corporation, Duke Energy Carolinas, LLC, Eugene Simmons, and Nadine Kloecker-Dunn were voluntarily dismissed with prejudice by Plaintiff in [D.E. 24] filed on 09/15/14.

SO ORDERED. This 17th day of March, 2016.

**This Judgment Filed and Entered on March 17, 2016, and Copies To:**

| | |
|---|---|
| David G. Schiller | (via CM/ECF Notice of Electronic Filing) |
| Jonathan Travis Hockaday | (via CM/ECF Notice of Electronic Filing) |
| Isaav Augustin Linnartz | (via CM/ECF Notice of Electronic Filing) |

DATE:                                                          JULIE RICHARDS JOHNSTON, CLERK

March 17, 2016                                          (By) /s/ Nicole Briggeman
                                                                       Deputy Clerk