IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY S. HADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:14-cv-00229-D |
| | ) | |
| DUKE ENERGY PROGRESS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TIMOTHY S. HADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:14-cv-00387-D |
| | ) | |
| DUKE ENERGY PROGRESS, INC., | ) | |
| GLENDA SUE HARDISON, and | ) | |
| RICHARD MONTGOMERY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the bill of costs filed by Defendant Duke Energy Progress, Inc. ("DEP") pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 54.1. The Court granted summary judgment to DEP on all claims on March 17, 2016. (D.E. 76.) DEP now seeks to recover fees of the clerk in the amount of $400.00 and fees for deposition transcripts necessarily obtained for use in the case in the amount of $2,307.75, for a total of $2,707.75. Based upon DEP's bill of costs and the supporting materials submitted, it appears to the Court that these costs were necessarily incurred in this action and are properly taxable under 28 U.S.C. § 1920(1)-(2). Accordingly, it is hereby ordered that DEP is awarded

costs in the amount of $2,707.75. These costs are taxed against Plaintiff and included in the judgment.

SO ORDERED. This the 30 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge

2

Case 5:14-cv-00229-D   Document 87   Filed 06/30/16   Page 2 of 2