IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY S. HADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:14-CV-229-D |
| | ) | |
| DUKE ENERGY PROGRESS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| TIMOTHY S. HADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:14-CV-387-D |
| | ) | |
| DUKE ENERGY PROGRESS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On April 14, 2016, Timothy S. Hadley ("Hadley") filed a motion for a new trial and to alter or amend a judgment [D.E. 81] and a supporting memorandum of law [D.E. 82]. The motion concerns this court's judgment of March 17, 2016, which rejected Hadley's employment claims against various defendants. See [D.E. 76]. On May 9, 2016, defendants responded in opposition. See [D.E. 84]. On May 25, 2016, Hadley replied. See [D.E. 85].

The court has reviewed the motion under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Columbia Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376,

1382 (4th Cir. 1995). The motion [D.E. 81] lacks merit and is DENIED.

SO ORDERED. This _30_ day of June 2016.

                                                   JAMES C. DEVER III
                                                   Chief United States District Judge